# DISTRICT COURT OF APPEAL OF THE STATE OF FLORIDA
## FOURTH DISTRICT

**LATONIA P. CONEY,**
Appellant,

v.

**STATE OF FLORIDA,**
Appellee.

No. 4D2024-2828

[October 30, 2025]

Appeal from the County Court for the Fifteenth Judicial Circuit, Palm Beach County; Stephanie F. Tew, Judge; L.T. Case No. 50-2024-MM-006862-AXXX-WB.

Daniel Eisinger, Public Defender, and Patrick B. Burke, Assistant Public Defender, West Palm Beach, for appellant.

James Uthmeier, Attorney General, Tallahassee, and Mary Elizabeth Johnson, Assistant Attorney General, West Palm Beach, for appellee.

PER CURIAM.

*Affirmed.*

CIKLIN, LEVINE and FORST, JJ., concur.

\*     \*     \*

***Not final until disposition of timely-filed motion for rehearing.***